UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREY FARAFONOV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-01805-JPH-TAB |
| | ) | |
| MARION COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DISMISSING ACTION AND DIRECTING ENTRY OF FINAL JUDGMENT**

The Court's screening order at Docket No. 5 dismissed the operative complaint pursuant to 28 U.S.C. § 1915A. The plaintiff was given a period of time in which to file an amended complaint that would cure the deficiencies identified in the Court's order. Dkt. 5 at 3.

Mr. Farafonov filed a response to the show cause and a motion for court assistance, but, like his complaint, those filings are nearly incomprehensible. And Mr. Farafonov has not shown why this case should not be dismissed. Therefore, this action is **dismissed for failure to state a claim upon which relief can be granted**. 28 U.S.C. § 1915A; *see also Childress v. Walker*, 787 F.3d 433, 441 (7th Cir. 2015); *Paul v. Marberry,* 658 F.3d 702, 705 (7th Cir. 2011).

Also, because this case is being dismissed for failure to state a claim, the plaintiff is warned that it may constitute a "strike" under 28 U.S.C. § 1915(g), which limits a prisoner's ability to proceed *in forma pauperis* after having three cases or appeals dismissed as frivolous, malicious, or for failure to state a claim

upon which relief may be granted. *See Hill v. Madison Cty., Ill.*, 983 F.3d 904, 906 (7th Cir. 2020) ("It makes good sense for a judge who believes a dismissal to come within the scope of § 1915(g) to include notice to that effect," even though later courts must make the conclusive determination of whether each prior dismissal meets the statutory definition).

Final judgment shall now issue.

**SO ORDERED.**

Date: 10/23/2026

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ANDREY FARAFONOV
2516592
MARION COUNTY JAIL
MARION COUNTY JAIL
ADC Mail Room
695 Justice Way
Indianapolis, IN 46203